| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) STEVENS, JOHN PAUL | 2. Court or Organization SUPREME COURT OF THE U. S. | 3. Date of Report 05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ASSOCIATE JUSTICE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 1 FIRST STREET, N. E. WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 MAY 15 A 11: 56 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association | Delivered Address Thurgood Marshall Award Dinner, Chicago, IL, August 6, 2005 (trans., hotel, food) |
| 2. Clark County Bar Association | Delivered Address Clark County Bar Associaltion, Las Vegas, NV, August 17, 2005 (trans., hotel, food) |
| 3. The Chicago Cubs | "First Pitch" Cubs v. Cincinnati Game, Chicago, IL, September 14, 2005 (Box Suite seating 12, food) |
| 4. Chicago Bar Association & Bar Foundation | Delivered Address 6th Annual John Paul Stevens Awards Luncheon, Chicago, IL, September 15, 2005 (trans., hotel, food) |
| 5. Fordham University School of Law | Attended Fordham Law Centennial Conference "Jurisprudence of Justice Stevens", New York, NY, September 30-October 1, 2005 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Honorary Membership | Coral Ridge Country Club | $ 7,844.00 |
| 2. Honorary Membership/Non-resident fee | Union League Club of Chicago | $ 780.00 |
| 3. Honorary Membership | Washington Golf & Country Club | $ 4,584.00 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEVENS, JOHN PAUL | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VA ST Public School Bonds | B | Interest | K | T | | | | | |
| 2. BB&T NOW Account, Arlington | A | Interest | L | T | | | | | |
| 3. BB&T Ins. Inv., Arlington | B | Interest | M | T | | | | | |
| 4. BB&T Ins. Inv., Arlington | B | Interest | M | T | | | | | |
| 5. Wachovia, Arlington | A | Interest | L | T | | | | | |
| 6. Wachovia High Mkt Performance Acct., Arlington | B | Interest | L | T | | | | | |
| 7. Wachovia Crown Classic Acct., Arlington | A | Interest | K | T | | | | | |
| 8. Wachovia Cap Acct., Arlington (formerly Florida) | A | Interest | L | T | | | | | |
| 9. Biosafe Inc. | | None | | | | | | | See note in Part VIII |
| 10. Fairfax City VA WTR Authority | A | Interest | K | T | | | | | |
| 11. Metro Wash DC Airport Authority | B | Interest | K | T | | | | | |
| 12. Income Beneficiary ▇▇▇ Trust | B | Interest | | T | | | | | |
| 13. LaSalle Nat'l Bank, Chgo., IL/Trustee | | | | | | | | | |
| 14. On 12/31/05 Assets as follows: | | | | | | | | | |
| 15. a. Shares/LaSalle Nat'l Bank CTF US Govt Obligation Fund | | | N | T | | | | | |
| 16. for personal investment funds | | | | | | | | | |
| 17. b. Shares/LaSalle Nat'l Bank Short Term Investment Fund | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | Q =Appraisal | P4 =More than $50,000,000 | T =Cash Market | |
| | U =Book Value | R =Cost (Real Estate Only) | S =Assessment | | |
| | | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEVENS, JOHN PAUL | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Income Beneficiary ▉▉▉ Trust | E | Interest | | T | | | | | |
| 19. LaSalle Nat'l Bank, Chgo. | | | | | | | | | |
| 20. On 12/31/05 Assets as follows: | | | | | | | | | |
| 21. a. ▉▉▉ farm in Webster County, Iowa | | | N | W | | | | | |
| 22. b. Shares/LaSalle Nat'l Bank Short Term Investment Fund | | | M | T | | | | | |
| 23. c. LaSalle Nat'l Bank CTF Tax Exempt Bond Fund | | | O | T | | | | | |
| 24. Norfolk, VA GO Cap Imp and Ref Bds | A | | J | T | Buy | 8/30 | J | | |
| 25. Upper Occoquon Sewage Authority | B | | K | | Buy | 2001 | K | | See note in Part VIII |
| 26. VA College Building Authority | B | | K | | Buy | 2003 | K | | See note in Part VIII |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Clarification re Item 2 under V.GIFTS: There was misinformation on prior report of the value ($1333) of the non-resident membership in the Union League Club. The correct value (($790) is now being reported..

2. Clarification re Item 9 under VII. INVESTMENTS and TRUSTS: I'm not exactly sure when it happened, but the Biosafe investment is worthless and will not be listed further.

3. Clarification re Items 25 and 26 under VII. INVESTMENTS and TRUSTS: ▮▮▮▮▮▮purchased Upper Occoquon Sewage Authority on 09/19/01, and VA College Building Authority on 11/10/03. These purchases were inadvertently omitted from prior reports.

| Name of Person Reporting | Date of Report |
|---|---|
| STEVENS, JOHN PAUL | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___5/10/06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544